OSCN Found Document:RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS

 

 
 

 
 RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS
2019 OK 8
Decided: 03/04/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 8, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Suspension of Credentials of Registered Courtroom Interpreters

ORDER

The Oklahoma Board of Examiners of Certified Courtroom Interpreters has recommended to the Supreme Court of the State of Oklahoma the suspension of the credential of the Oklahoma Registered Courtroom Interpreter listed on the attached Exhibit for failure to comply with the annual continuing education requirements for 2018 and certificate renewal requirements for 2019.

Pursuant to 20 O.S., Chapter 23, App. II, Rule 18(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 23, App.II, Rule 20(e), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the credentials of each of the interpreters named on the attached Exhibit is hereby suspended effective February 15, 2019.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 4th day of MARCH, 2019.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

Exhibit

 
 
 
 Linda Allegro
 
 
 Continuing Education
 
 
 
 
 Tania Flores
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Alejandro Miranda
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Emily Salinas
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Jazmin Zaragoza
 
 
 Continuing Education & Renewal Fee